# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

No. 12-5147

September Term, 2012

1:12-mc-00196-RCL
1:12-mc-00197-RCL

**Filed On:** May 16, 2013

In re: Sealed Case,

-----------------------------

Consolidated with 12-5148

**BEFORE:** Garland, Chief Judge, and Griffith, and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of the motion to unseal portions of the record, the court's order to show cause filed on March 28, 2013, and the joint response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the opinion issued March 5, 2013, be issued publicly with any material identifying appellant redacted.

## Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Jennifer M. Clark
Deputy Clerk